### 35377. PHILLIPS *v.* THE STATE.

TOWNSEND, J. The verdict of the jury finding the defendant guilty of making an illegal sale of whisky is supported by the positive and unimpeached testimony of the prosecuting witness. Accordingly, the judgment of the trial court denying the motion for a new trial on the general grounds only will not be disturbed by this court.

*Judgment affirmed. Gardner, P. J., and Carlisle, J., concur.*
DECIDED OCTOBER 20, 1954.

*R. L. Carr*, for plaintiff in error.
*John P. Rabun, Solicitor*, contra.